PHILLIP A. TALBERT
Acting United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:20-CR-00241-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| CLARENCE COURTNEY AND MICHAEL RENAY WILLIAMS, | DATE: March 25, 2021 TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on March 25, 2021.

2.      By this stipulation, defendants now move to continue the status conference until May 13, 2021, and to exclude time between March 25, 2021, and May 13, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes multiple reports and photographs.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendants desire additional time to review the evidence, conduct independent factual investigation, conduct legal research into sentencing issues, and discuss resolution options with their clients.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 25, 2021 to May 13, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[CONTINUED ON NEXT PAGE]

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 22, 2021                                    PHILLIP A. TALBERT
                                                         Acting United States Attorney


                                                         /s/ CAMERON L. DESMOND
                                                         CAMERON L. DESMOND
                                                         Assistant United States Attorney


Dated:  March 22, 2021                                   /s/ Chris Cosca
                                                         Chris Cosca
                                                         Counsel for Defendant
                                                         Clarence Courtney


Dated:  March 22, 2021                                   /s/ Toni White
                                                         Toni White
                                                         Counsel for Defendant
                                                         Michael Renay Williams


**ORDER**

IT IS SO ORDERED.

Dated:  March 25, 2021


_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE