1  PHILLIP A. TALBERT
   Acting United States Attorney
2  CAMERON L. DESMOND
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO.  2:20-CR-00241-MCE

12                          Plaintiff,      AMENDED STIPULATION REGARDING
                                            EXCLUDABLE TIME PERIODS UNDER SPEEDY
13                    v.                     TRIAL ACT; ORDER

14 CLARENCE COURTNEY AND                    DATE: May 20, 2021
   MICHAEL RENAY WILLIAMS,                  TIME: 10:00 a.m.
15                                          COURT: Hon. Morrison C. England, Jr.
                            Defendants.
16

17

18                            **STIPULATION**

19      1.      By previous order, this matter was set for a status on May 13, 2021.  On its own motion,

20 the Court vacated and continued the status hearing to May 20, 2021.

21      2.      By this stipulation, defendants now move to continue the status conference until August

22 19, 2021, and to exclude time between May 13, 2021, and August 19, 2021, under Local Code T4.

23      3.      The parties agree and stipulate, and request that the Court find the following:

24      a)      The government has represented that the discovery associated with this case

25 includes multiple reports and photographs.  All of this discovery has been either produced

26 directly to counsel and/or made available for inspection and copying.

27      b)      Counsel for defendants desire additional time to review the evidence, conduct

28 independent factual investigation, conduct legal research into sentencing issues, and discuss trial

strategy and resolution options with their clients.  Additionally, counsel for Clarence Courtney

has been dealing with his client's health issues while in custody, which has impacted counsel's

ability to prepare for trial, further necessitating the continuance.

c)      Counsel for defendants believe that failure to grant the above-requested

continuance would deny them the reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the

case as requested outweigh the interest of the public and the defendant in a trial within the

original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

et seq., within which trial must commence, the time period of May 13, 2021 to August 19, 2021,

inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

because it results from a continuance granted by the Court at defendant's request on the basis of

the Court's finding that the ends of justice served by taking such action outweigh the best interest

of the public and the defendant in a speedy trial.

**[Continued on next page]**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4         IT IS SO STIPULATED.

5   Dated:  May 12, 2021                              PHILLIP A. TALBERT
                                                        Acting United States Attorney
6

7                                                       /s/ CAMERON L. DESMOND
                                                        CAMERON L. DESMOND
8                                                       Assistant United States Attorney

9

10  Dated:  May 12, 2021                              /s/ Chris Cosca
                                                        Chris Cosca
11                                                      Counsel for Defendant
                                                        Clarence Courtney
12

13  Dated:  May 12, 2021                              /s/ Toni White
                                                        Toni White
14                                                      Counsel for Defendant
                                                        Michael Renay Williams
15

16

                                  **ORDER**
17

         IT IS SO ORDERED.
18

   Dated:  May 17, 2021
19

20

21                                                      MORRISON C. ENGLAND, JR.
                                                        SENIOR UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28