1  COSCA LAW CORPORATION
2  CHRIS COSCA (SBN 144546)
   1007 7th Street, Suite 210
3  Sacramento, CA 95814
   (916) 440-1010
4  Attorney for Defendant
5  CLARENCE COURTNEY

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:20-CR-00241-MCE

                          Plaintiff,       AMENDED STIPULATION REGARDING
12                                         EXCLUDABLE TIME PERIODS UNDER
                          v.               SPEEDY TRIAL ACT; ORDER
13
   CLARENCE COURTNEY AND MICHAEL           DATE:    August 19.2021
14  RENAY WILLIAMS,                         TIME:    10:00 a.m.
                                           COURT:  Hon. Morrison C. England, Jr.
15                        Defendant.

16

17

18                              **STIPULATION**

19     1.     By previous order, this matter was set for status on August 19, 2021.

20     2.     By this stipulation, the parties now move to continue the status conference to

21  September 23, 2021, and to exclude time between August 19, 2021, and September 23, 2021,

22  under Local Code T4.

23     3.     The parties agree and stipulate, and request that the Court find the following:

24          a)     Discovery in this case includes multiple reports, photographs, and digital

25  data. This discovery has been either produced directly to counsel and/or made available

26  for inspection and copying.

27          b)     Defense counsel desire additional time to review discovery, investigate,

28  conduct legal research, and to confer with their clients concerning discovery, strategies,

STIPULATION TO CONTINUE STATUS CONFERENCE          1

1    and potential options for the defense including resolution or trial. Further, defendant

2    Courtney recently requested new counsel which temporarily impacted counsel's ability

3    to prepare the case moving forward.

4         c)    Counsel for defendants believe that failure to grant the above-requested

5    continuance would deny counsel the reasonable time necessary for effective

6    preparation, taking into account the exercise of due diligence.

7         d)    The government does not object to the continuance.

8         e)    Based on the above-stated findings, the ends of justice served by

9    continuing the case as requested outweigh the interest of the public and the defendant

10   in a trial within the original date prescribed by the Speedy Trial Act.

11        f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

12   § 3161, et seq., within which trial must commence, the time period of August 19, 2021

13   to September 23, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§

14   3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by

15   the Court at defendants' request on the basis of the Court's finding that the ends of

16   justice served by taking such action outweigh the best interest of the public and the

17   defendant in a speedy trial.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION TO CONTINUE STATUS CONFERENCE        2

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions

2  of the Speedy Trial Act dictate that additional time periods are excludable from the period

3  within which a trial must commence.

4

5    **IT IS SO STIPULATED.**

6

7

8   Dated:  August 16, 2021                    /s/ Cameron Desmon
                                               CAMERON DESMOND
9                                              Assistant United States
                                               Attorney
10

11

12   Dated:  August 16, 2021                   /s/ Chris Cosca

13                                             CHRIS COSCA
                                              Counsel for Defendant
14                                             Clarence Courtney

15

16   Dated:  August 16, 2021                   /s/ Toni White
                                               TONI White
17                                             Counsel for Defendant
                                               Michael Renay Williams
18

19

20                              **ORDER**

21

22        IT IS SO ORDERED.

23  Dated:  August 17, 2021

24

25   _____
     MORRISON C. ENGLAND, JR.
26   SENIOR UNITED STATES DISTRICT JUDGE

27

28

STIPULATION TO CONTINUE STATUS CONFERENCE            3