MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for CLARENCE COURTNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:20-cr-241 TLN |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| | ) TO CONTINUE STATUS |
| v. | ) CONFERENCE FOR BOTH DEFENDANTS |
| | ) |
| CLARENCE COURTNEY and | ) Requested status conference date: 10-20-2022 |
| MICHAEL WILLIAMS, | ) Time: 9:00 a.m. |
| Defendants. | ) Judge: Hon. Troy L. Nunley |
| | ) |

STIPULATION REGARDING A NEW STATUS CONFERENCE DATE OF OCTOBER 20, 2022

It is hereby stipulated between the parties, Cameron Desmond, Assistant United States Attorney, Toni White, attorney for defendant MICHAEL WILLIAMS and Michael D. Long, attorney for defendant CLARENCE COURTNEY, that the status conference set for August 18, 2022, at 9:30 a.m. should be continued and re-set for October 20, 2022, at 9:30 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  The government has provided over 400 pages of discovery and a number of recordings.  All attorneys continue to read and view the discovery, investigate the case and meet with their respective clients.  Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

All parties are available to appear in this case on October 20, 2022.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has already been excluded through August 18, 2022.

All parties request the date of October 20, 2022, for the status hearing. The request for extending the date for the status conference is at the specific request of each of the defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from today's date to October 20, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: August 9, 2022                             Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Clarence Courtney

/s/ Toni White
TONI WHITE
Attorney for Michael Williams

Dated: August 9, 2022                             PHIL TALBERT
United States Attorney

/s/ Cameron Desmond
CAMERON DESMOND
Assistant U.S. Attorney

**ORDER**

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for October 20, 2022, at 9:30 a.m., before District Court Judge Troy L. Nunley.

Time is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C.§ 3161(h)(1)(D).  Time is excluded through the new hearing date of October 20, 2022.

Dated:  August 9, 2022

Troy L. Nunley
United States District Judge