PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>         v.<br><br>CLARENCE COURTNEY,<br><br>                      Defendant. | CASE NO. 2:20-CR-00241-TLN<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER<br><br>DATE: January 18, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

By previous order, this matter was set for a Change of Plea for defendant Clarence Courtney on January 18, 2024. By this stipulation, the parties now move to continue this matter for a Change of Plea hearing on February 8, 2024, at 9:30 a.m. Time has previously been excluded under Local Code T4 through March 11, 2024.

///

///

///

///

///

///

IT IS SO STIPULATED.

Dated: January 17, 2024					PHILLIP A. TALBERT
							United States Attorney


							/s/ CAMERON L. DESMOND
							CAMERON L. DESMOND
							Assistant United States Attorney

Dated: January 17, 2024					/s/ Michael Long
							Michael Long
							Counsel for Defendant
							Clarence Courtney

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 17th day of January, 2024.

							Troy L. Nunley
							United States District Judge

STIPULATION TO CONTINUE COP                                   2