MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for CLARENCE COURTNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br>           Plaintiff, <br><br>   v. <br><br> CLARENCE COURTNEY, <br><br>           Defendant. | ) No. 2:20-cr-241 TLN <br> ) <br> ) STIPULATION AND ORDER <br> ) MODIFYING THE SCHEDULE <br> ) FOR Mr. COURTNEY'S PRE-SENTENCE <br> ) REPORT FOR A NEW SENTENCING DATE <br> ) OF MAY 23, 2024 <br> ) <br> ) Judge: Hon. Troy L. Nunley |

Defendant CLARENCE COURTNEY is requesting a continuance of his sentencing hearing, which is presently set for May 2, 2024, because Mr. Long will be in a jury trial in Sacramento County Superior Court on that date.  AUSA Cameron Desmond, on behalf of the United States Attorney's Office, and USPO Sarah Brown, on behalf of the United States Probation Office, have no objection to the requested continuance to May 23, 2024.  The parties hereby stipulate to re-set the schedule for the Presentence Report as follows:

    Judgment and Sentencing Date: May 23, 2024

    Reply, or Statement of Non-opposition: May 16, 2024

    Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: May 9, 2024

    The revised final Presentence Report will be filed with the Court on May 2, 2024

///

Dated: April 5, 2024	Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Clarence Courtney

Dated: April 5, 2024	PHILLIP A. TALBERT
United States Attorney

/s/ Cameron Desmond
CAMERON DESMOND
Assistant U.S. Attorney

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the schedule for Mr. Courtney's Presentence Report is amended as follows:

Judgment and Sentencing Date: May 23, 2024, at 9:30 a.m.

Reply, or Statement of Non-opposition: May 16, 2024

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: May 9, 2024

The revised final Presentence Report will be filed with the Court on May 2, 2024

Dated: April 5, 2024

Troy L. Nunley
United States District Judge